UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BHAKTI CURTIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEW JERSEY STATE POLICE, *et al.*,<br><br>                    Defendants. | Civil Action No. 19-21164 (GC) (JTQ)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Report and Recommendation (R&R) entered September 26, 2025, by the Honorable Justin T. Quinn, U.S.M.J., recommending that this case be dismissed with prejudice for Plaintiff Bhakti Curtis' failure to prosecute. (ECF No. 123.) The R&R set a deadline of fourteen (14) days to object after service. (*Id.* at 7.) The Court received a certified mail return receipt on October 15, 2025. (ECF No. 124 at 2.) Therefore, the latest date to object to the R&R was October 30, 2025. To date, no party has filed or otherwise advised the Court of an objection. This Court has carefully considered the reasons set forth in the R&R. Based on the foregoing, and for other good cause shown,

**IT IS** on this 7th day of November, 2025 **ORDERED** as follows:

1. The Clerk's Office is directed to **REOPEN** and return this matter to the Court's active docket for purposes of considering the R&R.

2. The R&R of Judge Quinn (ECF No. 123) is **ADOPTED** as the conclusions of law of this Court.

3. Plaintiff's Third Amended Complaint (ECF No. 77) is **DISMISSED** with prejudice.

4. The Clerk of the Court is directed to **CLOSE** this case and mail Plaintiff a copy of the R&R and this Order.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**